# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:04CR58

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.   ) | **O R D E R** |
| ) | |
| MARIO ZIRANDA ) | |

**THIS MATTER** is before the Court *sua sponte* to amend the Judgment filed January 25, 2005, to eliminate the requirement that the Defendant pay the cost of his court-appointed attorney. The Defendant was represented at his plea and sentencing hearings by retained counsel Christopher A. Connelly.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court prepare an amended Judgment reflecting the deletion of the requirement for Defendant to pay the cost of his court-appointed attorney.

**Signed: January 20, 2006**

Lacy H. Thornburg
United States District Judge